UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Erica Martin,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EOS CCA,<br><br>　　　　Defendant. | Case No.  1:16-cv-00387-PLM-RSK<br><br>Judge:  Paul L. Maloney<br><br>Magistrate Judge: Ray Kent<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

　　　　Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　Hyslip & Taylor, LLC, LPA

Date:  June 13, 2016　　　　　　　By: /s/ David M. Menditto
　　　　　　　　　　　　　　　　　　David M. Menditto
　　　　　　　　　　　　　　　　　　Illinois Bar No. 6216541
　　　　　　　　　　　　　　　　　　1100 W. Cermak Rd., Suite B410
　　　　　　　　　　　　　　　　　　Chicago, IL  60608
　　　　　　　　　　　　　　　　　　Phone: 312-380-6110
　　　　　　　　　　　　　　　　　　Fax: 312-361-3509
　　　　　　　　　　　　　　　　　　Email: davidm@fairdebt411.com
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2016, I electronically filed the foregoing Notice. Service of this filing will be made by the Plaintiff's Counsel upon the following:

Michael S. Kraft
Kraft Law Firm
30 Coach Lane
Westwood, MA  02090
michael@kraftlawfirm.com

*Counsel for Defendant*

                                          /s/ David M. Menditto